GREGORY, Circuit Judge,
concurring in the judgment.
Although I concur in the judgment, I write separately because I believe that this *95 matter should be decided solely on the narrow ground that the existence of probable cause to arrest Smith for violation of the pedestrian in the roadway ordinance is fatal to his First and Fourth Amendment claims.
The majority opinion affirmed the district court’s finding that probable cause existed for Officer McCluskey to arrest Smith for violating the pedestrian in the roadway ordinance. I am of the opinion that this finding effectively resolves all of the claims before us. As the Fifth Circuit recently noted, “ ‘[i]f there was probable cause for any of the charges made ... then the arrest was supported by probable cause and the claim for false arrest fails.’ ” R.C. Price v. Roark, 256 F.3d 364, 369 (5th Cir.2001). Similarly here, because there was probable cause for the arrest, Smith’s First and Fourth amendment claims must fail.
For that reason, and that reason alone, I concur in the judgment.